UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY HILL                                    CIVIL ACTION

VERSUS                                         NO. 08-4768

WARDEN AL STRAIN, ET AL.                       SECTION: "C"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE